IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J.V. A MINOR, THROUGH HER FATHER AND NEXT FRIEND, J.V. AN ADULT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 18-CV-1012-SMY-GCS<br>)<br>)<br>)<br>) |

## ORDER

The parties have informed the Court that the above action has been settled, but that additional time is needed to consummate the settlement. Defense Counsel is **DIRECTED** to forward a proposed Settlement Agreement to Plaintiff's Counsel **within 30 days** from the date of this Order. Defense Counsel is further **DIRECTED** to file a status report **within 60 days** from the date of this Order, advising the Court whether the Settlement Agreement has been fully executed and submitted to CMS for payment. The Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs **90 days from the date of this Order**. The parties are advised that the 90-day period to consummate settlement will not be extended absent exceptional circumstances. In light of the parties' settlement, the Court **DENIES AS MOOT** all pending motions and **VACATES** all deadlines and hearings.

　　　IT IS SO ORDERED.

　　　DATED: November 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　　*Staci M. Yandle*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**STACI M. YANDLE**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**